UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WILLIAM L. GREEN,<br><br>             Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>             Defendants. | CASE NO. C20-5249 BHS<br><br>ORDER |

THIS MATTER is before the Court on pro se Plaintiff William Green's "Motion for relief from these proceedings pursuant to FRCP Rule 60(b)(4) for void orders that the Court acted in a manner inconsistent with due process of law." Dkt 119. Also pending are Green's "objections" to the Court's orders at Dkts. 112 and 118. *See* Dkt. 120.

Green's recent filings are repetitive and wholly without merit. They seek to assert claims that have already been dismissed. The Court has previously warned Green against such filings, including the claim that his daughter, M.R.G., is a party to this action. She is not. *See* Dkts. 90, 95, 112, and 118.

Green's motion is **DENIED**.

ORDER - 1

1  The case is about Green's sole remaining Administrative Procedures Act claim, and any other claims and any other plaintiffs are not part of it. **The Court will sanction Green for abusive, frivolous litigation if he files another similar motion**.

IT IS SO ORDERED.

Dated this 24rd day of January, 2023.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2